```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 04320
   JOYCE A MCALLISTER
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-2036


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/09/2005 and was confirmed 03/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/30/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
HOUSEHOLD AUTOMOTIVE FIN  SECURED           5625.00         736.51        1602.35
HOUSEHOLD AUTOMOTIVE FIN  UNSECURED         2043.86            .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED          .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED         1087.84            .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        NOT FILED          .00            .00
MERCHANTS & PROFES CRED   UNSECURED        NOT FILED          .00            .00
PROFESSIONAL CREDIT SERV  NOTICE ONLY      NOT FILED          .00            .00
SPRINT PCS                UNSECURED        NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          520.53           .00            .00
SELECT LEGAL PC           DEBTOR ATTY      1,400.00                      1,400.00
TOM VAUGHN                TRUSTEE                                          198.14
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             3,937.00

PRIORITY                                          .00
SECURED                                       1,602.35
   INTEREST                                     736.51
UNSECURED                                         .00
ADMINISTRATIVE                                1,400.00
TRUSTEE COMPENSATION                            198.14
DEBTOR REFUND                                     .00
                    ---------------       ---------------
TOTALS              3,937.00                  3,937.00



               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 04320 JOYCE A MCALLISTER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/18/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
      CASE NO. 05 B 04320 JOYCE A MCALLISTER
```